FILED

2021 OCT -6 PM 2: 06

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1   GLENN B. McCORMICK
    Acting United States Attorney
2   District of Arizona
    ANGELA W. WOOLRIDGE
3   Assistant United States Attorney
    Arizona State Bar No. 022079
4   United States Courthouse
    405 W. Congress Street, Suite 4800
5   Tucson, Arizona 85701
    Telephone: 520-620-7300
6   Email: angela.woolridge@usdoj.gov
    Attorneys for Plaintiff

**CR21-02605 TUC-RM(LAB)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>    vs.<br><br>1.  Vincent Sanchez Page, Jr.,<br>     (Counts 1, 2, 3)<br><br>2.  Alexander Carvail Coleman,<br>     (Counts 2, 3, 4)<br><br>3.  Zachary Lozano,<br>     (Counts 2, 3)<br><br>             Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 922(a)(1)<br>       (Engaging in the Business of<br>       Dealing Firearms Without a<br>       License)<br>       Count 1<br><br>       18 U.S.C. §§ 2(a), 922(a)(6), and<br>       924(a)(2)<br>       (Making False Statements in<br>       Connection with Purchase of<br>       Firearms; Aiding and Abetting)<br>       Counts 2 and 3<br><br>       18 U.S.C. §§ 922(g)(1) and<br>       924(a)(2)<br>       (Possession of Firearm by Convicted<br>       Felon)<br>       Count 4<br><br>       18 U.S.C. § 924(d); and 28 U.S.C. §<br>       2461(c)<br>       (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about September of 2018, to on or about November of 2020, in the

District of Arizona, Defendant VINCENT SANCHEZ PAGE, JR., not being a licensed

1  dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did

2  willfully engage in the business of dealing firearms.

3        In violation of Title 18, United States Code, 922(a)(1)(A) and 924(a)(1)(D).

4  **<u>COUNT 2</u>**

5        On or about January 22, 2019, in the District of Arizona, Defendants VINCENT

6  SANCHEZ PAGE, JR., ALEXANDER CARVAIL COLEMAN, and ZACHARY

7  LOZANO, in connection with the acquisition of a firearm, that is, a Glock model 26 9mm

8  caliber pistol, from Catalina Pawn, a licensed dealer of firearms within the meaning of

9  Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written

10  statement to Catalina Pawn, which statement was intended to deceive Catalina Pawn as to

11  a fact material to the lawfulness of such sale of said firearm to Defendant ZACHARY

12  LOZANO under Chapter 44, Title 18, United States Code, in that Defendant ZACHARY

13  LOZANO stated that he was the actual transferee/buyer of said firearm when in fact he was

14  acquiring the firearm on behalf of Defendants VINCENT SANCHEZ PAGE, JR. and/or

15  ALEXANDER CARVAIL COLEMAN, and Defendants VINCENT SANCHEZ PAGE,

16  JR., and ALEXANDER CARVAIL COLEMAN aided, abetted, counseled, commanded,

17  induced, and procured such false and fictitious statement.

18        In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

19  **<u>COUNT 3</u>**

20        On or about February 14, 2019, in the District of Arizona, Defendants VINCENT

21  SANCHEZ PAGE, JR., ALEXANDER CARVAIL COLEMAN, and ZACHARY

22  LOZANO, in connection with the acquisition of a firearm, that is, a Smith & Wesson model

23  SD40 .40 caliber pistol, from SnG Tactical, a licensed dealer of firearms within the

24  meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and

25  fictitious written statement to SnG Tactical, which statement was intended to deceive SnG

26  Tactical as to a fact material to the lawfulness of such sale of said firearm to Defendant

27  ZACHARY LOZANO under Chapter 44, Title 18, United States Code, in that Defendant

28  ZACHARY LOZANO stated that he was the actual transferee/buyer of said firearm when

1   in fact he was acquiring the firearm on behalf of Defendant ALEXANDER CARVAIL

2   COLEMAN, and Defendants VINCENT SANCHEZ PAGE, JR., and ALEXANDER

3   CARVAIL COLEMAN aided, abetted, counseled, commanded, induced, and procured

4   such false and fictitious statement.

5           In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

6                                          **COUNT 4**

7           Between on or about February 14, 2019, and September 25, 2019, in the District of

8   Arizona, Defendant ALEXANDER CARVAIL COLEMAN, knowingly having been

9   previously convicted of a crime punishable by imprisonment for a term exceeding one year,

10  did knowingly possess a firearm, that is, a Smith & Wesson model SD40 .40 caliber pistol,

11  said firearm being in and affecting commerce in that it was previously transported into the

12  state of Arizona from another state or foreign country.

13          In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

14                                 **FORFEITURE ALLEGATION**

15          Upon conviction of Counts One through Four of the Indictment, Defendants

16  VINCENT SANCHEZ PAGE, JR, ALEXANDER CARVAIL COLEMAN, and

17  ZACHARY LOZANO, shall forfeit to the United States pursuant to Title 18, United States

18  Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms

19  involved in the commission of the offense, including, but not limited to:

| No. | Firearm Description | Serial Number |
|-----|---------------------|---------------|
| 1 | Taurus model PT111G2A 9mm caliber pistol | TL078642 |
| 2 | SAR Arms model HAWKPP 9mm caliber pistol | T1102-13CA04191 |
| 3 | TISAS model ZIGNAF 9mm caliber pistol | T0620-13H0004 |
| 4 | Glock model 27 .40 caliber pistol | NWV502 |
| 5 | FMK Firearms model 9CL 9mm caliber pistol | A0460 |
| 6 | Glock model 43x 9mm caliber pistol | BKXX465 |
| 7 | Glock model 19 9mm caliber pistol | BKGP111 |

28

*United States of America v. Vincent Sanchez Page, Jr., et al*
*Indictment Page 3 of 5*

| 8  | Glock model 26 9mm caliber pistol                              | BWB456US  |
|----|----------------------------------------------------------------|-----------|
| 9  | Glock model 27 .40 caliber pistol                              | ZPD732    |
| 10 | Taurus revolver (unknown model and caliber)                    | unknown   |
| 11 | Springfield model XD .45 caliber pistol                        | unknown   |
| 12 | Taurus model 1911 9mm caliber pistol                           | unknown   |
| 13 | Ruger model PBS pistol (unknown caliber)                       | unknown   |
| 14 | Beretta model PX Storm pistol (unknown caliber)                | unknown   |
| 15 | 1911 style pistol (unknown manufacturer and caliber)           | unknown   |
| 16 | Smith & Wesson M&P Shield model 9mm caliber pistol             | unknown   |
| 17 | Glock model 17 9mm caliber pistol                              | unknown   |
| 18 | Springfield model 911 .380 caliber pistol                      | CC066008  |
| 19 | Glock model 17 9mm caliber pistol                              | MBD103    |
| 20 | Smith & Wesson model SW9, 9mm caliber pistol                   | PAL2814   |
| 21 | CZ 9mm caliber pistol (unknown model)                          | unknown   |
| 22 | AR15 style pistol (unknown manufacturer and caliber)           | unknown   |
| 23 | Model SKS 7.62 caliber rifle (unknown manufacturer)            | unknown   |
| 24 | Browning 9mm caliber pistol (unknown model)                    | unknown   |
| 25 | Glock model 48 9mm caliber pistol                              | unknown   |
| 26 | AR15 style rifle (unknown manufacturer and caliber)            | unknown   |
| 27 | Taurus model 24/7 Pro OS pistol (unknown caliber)              | unknown   |
| 28 | Ruger,model SR40C .40 caliber pistol                           | unknown   |
| 29 | Glock model 22 .40 caliber pistol                              | unknown   |
| 30 | DPMS model Panther 5.56 caliber rifle                          | unknown   |
| 31 | Hi-Point model Carbine,.40 caliber rifle                       | unknown   |
| 32 | Glock model 45 9mm caliber pistol                              | BRKR549   |
| 33 | Glock model 19 9mm caliber pistol                              | BRNL839   |
| 34 | Ruger model 57 5.7x28mm caliber pistol                         | 641-60914 |

| 35 | Century Arms model Paratrooper 7.62x39mm caliber pistol | PT00053820 |
| 36 | Smith & Wesson model SD40 .40 caliber pistol | FBD4985 |

If any of the property described above, as a result of any act or omission of Defendants:   a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by Defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ s /

FOREPERSON OF THE GRAND JURY
Dated: October 6, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/ s /

REDACTED FOR
PUBLIC DISCLOSURE

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Vincent Sanchez Page, Jr., et al*
*Indictment Page 5 of 5*